IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CECIL RAY, | * |
| Petitioner, | * |
| v. | Case No.  5:20-cv-00429-MTT-MSH |
| | * |
| COMMISSIONER OF THE GEORGIA DEPARTMENT OF CORRECTIONS, | * |
| Respondent. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 5, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of November, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk