IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CECIL RAY,              ) | |
| ) | |
| Petitioner,   ) | |
| ) | |
| v.              ) | CIVIL ACTION NO. 5:20-cv-429 (MTT) |
| ) | |
| COMMISSIONER, GEORGIA ) | |
| DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Respondent.   ) | |

## ORDER

Petitioner Cecil Ray moves for leave to appeal *in forma pauperis* ("IFP") from the Court's order denying his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 21.  Ray's motion does not raise any meritorious issues and would therefore be considered frivolous under review of a motion for leave to appeal IFP.  *See* 28 U.S.C. § 1915; *Coppedge v. United States*, 369 U.S. 438, 445 (1962) (holding that a plaintiff demonstrates good faith under 28 U.S.C. § 1915 when he seeks review of a non-frivolous issue); *Carroll v. Gross*, 984 F.2d 392, 393 (11th Cir. 1993) ("[A] case is frivolous . . . when it appears the plaintiff 'has little or no chance of success.'") (citations omitted).  Moreover, the Court already considered Ray's claims when it denied Ray a certificate of appealability.  Doc. 16.  Accordingly, Ray's motion to proceed IFP on appeal (Doc. 21) is **DENIED.**

**SO ORDERED**, this 25th day of February, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT